**00–1853.   DeCastro v. Wellston City School Dist. Bd. of Edn.**
Jackson App. No. 00CA06. Discretionary appeal allowed, and cause consolidated with 00–2187, *DeCastro v. Wellston City School Dist. Bd. of Edn.,* Jackson App. No. 00CA06.

Douglas, F.E. Sweeney and Pfeifer, JJ., dissent.

**00–1873.   Carruth v. Erie Ins. Group.**
Cuyahoga App. No. 77161. Discretionary appeal allowed, and cause held for the decision in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141; briefing schedule stayed.

**00–1901.   Taddeo v. Estate of Ellis.**
Lorain App. No. 99CA007445.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**00–1904.   Ryll v. Columbus Fireworks Display Co.**
Franklin App. Nos. 99AP–1061 and 99AP–1311.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**00–1911.   Basic Distrib. Corp. v. Ohio Dept. of Taxation.**
Franklin App. No. 99AP–1309.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

**00–1914.   State v. Noggle.**
Crawford App. No. 3200009. Discretionary appeal allowed, and cause held for the decision in 98–1483, *State v. Jones,* Ashtabula C.P. No. 97CR221; briefing schedule stayed.

Pfeifer and Cook, JJ., dissent.

**00–1928.   Cincinnati v. Conyne.**
Hamilton App. No. C–000589. Discretionary appeal allowed, and cause held for the decision in 00–472 and 00–481, *Johnson v. Greene Cty. Drug Task Force,* Greene App. No. 99CA61; briefing schedule stayed.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**00–1951.   Washington v. Citizens Security Mut. Ins. Co.**
Cuyahoga App. No. 76082. Discretionary appeal allowed, and cause held for the decision in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141; briefing schedule stayed.

Cook, J., would allow on only Proposition of Law No. II.

Lundberg Stratton, J., dissents.

**00–2014.   State v. Wozniak.**
Franklin App. No. 00AP–349. Discretionary appeal allowed on Proposition of Law No. I, and cause held for the decision in 00–1555, *State v. Thompson,* Montgomery App. No. 17984; briefing schedule stayed.

Lundberg Stratton, J., would also allow on Proposition of Law No. V.

F.E. Sweeney and Pfeifer, JJ., would allow on all propositions of law.

Douglas and Resnick, JJ., dissent.

*Sua sponte,* cause consolidated with 00–2157, *State v. Wozniak,* Franklin App. No. 00AP–349.